# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CASE NO. 1:20-CV-157-DCK

| ROBERT RAMSEY, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| ANDREW M. SAUL,<br>Commissioner of Social Security, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Consent Motion For Entry Of Judgment With Remand Under Sentence Four Of 42 U.S.C. § 405(g)" (Document No. 20) filed April 20, 2021. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, and noting agreement of the parties, the undersigned will **grant** the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Consent Motion For Entry Of Judgment With Remand Under Sentence Four Of 42 U.S.C. § 405(g)" (Document No. 20) is **GRANTED**. This matter is **remanded** to the Commissioner for further consideration and proceedings, pursuant to 42 U.S.C. § 405(g).

**SO ORDERED**.

Signed: April 22, 2021

David C. Keesler
United States Magistrate Judge